

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Rodolfo Juarez, Jr.

Appellate case number:   01-21-00708-CV

Trial court case number:  487,663-401

Trial court:                      Probate Court No. 2 of Harris County

Relator Rodolfo Juarez, Jr. filed a motion for rehearing and for en banc reconsideration. After consideration of the motion, the panel **denies** the motion for rehearing and the en banc court **denies** the motion for en banc reconsideration.

It is so ORDERED.

Judge's signature: ___Justice Richard Hightower_____
☐ Acting individually    ☑ Acting for the Court

En banc court consists of Chief Justice Radack, and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: ___February 3, 2022_____